

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-18-2006

# In Re: Mintze

Precedential or Non-Precedential: Precedential

Docket No. 03-4745

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re: Mintze " (2006). *2006 Decisions.* Paper 1673.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1673

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-4745

IN RE: ETHEL MARIE MINTZE,

Debtor

ETHEL MARIE MINTZE
v.

AMERICAN GENERAL FINANCIAL SERVICES, INC.,
f/k/a AMERICAN GENERAL FINANCE, INC.;
AMERICAN GENERAL CONSUMER DISCOUNT CO.,
collectively, "American General",

Appellants

EDWARD SPARKMAN, ESQ.;
FREDERIC J. BAKER, ESQ.,
Trustees

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 03-cv-02113 )
District Judge: Honorable Mary A. McLaughlin

Argued January 10, 2005

BEFORE:  ROTH and CHERTOFF*, <u>Circuit Judges</u>, and
RESTANI**, <u>Chief Judge</u>

## **<u>ORDER AMENDING OPINION</u>**

<u>ROTH, Circuit Judge</u>

   IT IS ORDERED that the published Opinion in
the above case filed January 10, 2006, be amended as follows:

   On page 5, line 11, "principle" should be
"principal";

   On page 11, line 15, "*See Hays & Co. v. Merrill
Lynch Pierce, Fenner & Smith, Inc.*, 885 F.2d 1149, 1156
(1989)" should be  "*See Hays & Co. v. Merrill Lynch Pierce,
Fenner & Smith, Inc.*, 885 F.2d 1149, 1156 (3d. Cir. 1989)"


       By the Court,

        /s/ Jane R. Roth
       Circuit Judge

Dated: January 18, 2006

---

  *This case was submitted to the panel of Judges Roth,
Chertoff and Restani.  Judge Chertoff resigned after submission,
but before the filing of the opinion.  The decision is filed by a
quorum of the panel.   28 U.S.C. § 46(d).

  **Honorable Jane A. Restani, Chief Judge, United States
Court of International Trade, sitting by designation.